UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SARAH HELLER et al.,

        Plaintiffs,

-v-                                        No. 10 Civ. 3625 (LTS)(RLE)

HAPPY WALKING BOYS CORP.,

        Defendant.

-------------------------------------------------------x



## ORDER ADOPTING REPORT AND RECOMMENDATION

        Plaintiffs Sarah Heller and Karin Torossian ("Plaintiffs") brought this action pursuant to the Fair and Accurate Credit Transaction Act, 15 U.S.C. § 1681c(g), which was enacted as an amendment to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. On April 26, 2011, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("Report"), recommending that Plaintiffs be awarded $2,000 in statutory damages and $460 in costs. Neither party has made any objection to the Report, and the time to do so has elapsed.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(c) (West 2008). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wynn v. Lempke, No. 08 Civ. 3894 (RJS), 2009 WL 1227362, at *2 (S.D.N.Y. May 5, 2009).

        The Court has reviewed thoroughly Judge Ellis's Report and finds no error in his recommendation. Accordingly, the Court accepts the Report. Plaintiffs are hereby awarded a total

of $2,460 ($2,000 in statutory damages and $460 in costs).

The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

SO ORDERED.

Dated: New York, New York
May 16, 2011

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
United States District Judge